IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>HAROLD G. HOUSER,<br><br>　　　　　　　　Defendant. | 4:22-CV-3092<br><br>ORDER |

On the plaintiff's motion for default judgment (filing 44) and supplemental brief in support (filing 50), for the reasons stated in the Court's memorandum and order of February 3, 2023,

IT IS ORDERED:

1. The plaintiff's motion for default judgment (filing 44) is granted.

2. Defendant Harold G. Houser is liable to the United States in the amount of $132,137.40, plus statutory interest accruing according to law from March 7, 2023, until the judgment is paid in full.

3. A separate judgment will be entered.

Dated this 7th day of March, 2023.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge